UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Daniel Brooks a/k/a Daniel Q. Brooks, a/k/a Dan Brooks, a/k/a Daniel Quinn Brooks<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 15-29400<br><br>Judge Jack B. Schmetterer |

### NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON January 27, 2016 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

### CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on January 19, 2016, with proper postage prepaid.

\*THESE DOCUMENTS ARE AN
ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE\*

Pierce & Associates, P.C.
/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

Pierce File No. 252166-20221

## NOTICE OF MOTION ADDRESSES

To Trustee:
Tom Vaughn
55 East Monroe St.
Suite 3850
Chicago, IL 60603
**by Electronic Notice through ECF**

To Debtor:
Daniel Brooks
1960 North Lincoln Park West, Unit 1501
Chicago, IL 60614

5320 N. Kenmore Ave.
Ste. D,
Chicago, IL 60640
**by U.S. Mail**

To Co-Debtor:
Karen Kook
1960 North Lincoln Park West, Unit 1501
Chicago, IL 60614

5320 N. Kenmore Ave.
Ste. D,
Chicago, IL 60640
**by U.S. Mail**

To Attorney:
J Kevin Benjamin
1016 W. Jackson Boulevard
Chicago, IL 60607
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

252166-20221

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Daniel Brooks a/k/a Daniel Q. Brooks, a/k/a Dan Brooks, a/k/a Daniel Quinn Brooks<br><br>*Debtor(s),* | Chapter 13<br><br>Case No.  15-29400<br><br>Judge Jack B. Schmetterer |

## MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES PNC Bank, National Association, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 1960 North Lincoln Park West, Unit 1501, Chicago, IL 60614, be Modified, stating as follows:

1. On August 27, 2015, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. PNC Bank, National Association services the first mortgage lien on the property located at 1960 North Lincoln Park West, Unit 1501, Chicago, IL 60614.

4. Debtor's Plan fails to provide for any treatment for the property located at 1960 North Lincoln Park West, Unit 1501, Chicago, IL 60614.

5. PNC Bank, National Association also seeks to modify the stay as to co-debtor Karen Kook pursuant to 11 U.S.C. §1301(a).

6. PNC Bank, National Association continues to be injured each day it remains bound by the Automatic Stay.

7. PNC Bank, National Association is not adequately protected.

8. The property located at 1960 North Lincoln Park West, Unit 1501, Chicago, IL 60614 is not necessary for the debtor's reorganization.

9. The debtor has no equity in the property for the benefit of unsecured creditors.

10. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 1960 North Lincoln Park West, Unit 1501, Chicago, IL 60614, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to PNC Bank, National Association to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

PNC Bank, National Association

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088